

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-15-00039-CV

Tracey **MURPHY**,
Appellant

v.

D'Ann **MAYFIELD**, et. al.,
Appellees

Trial Court No. 10-07-00123-CV

## O R D E R

Appellant has filed notices of appeal referencing three underlying trial court cause numbers: 10-07-00123-CV, 09-09-00128-CV, 09-05-0071-CV. Because the notices do not identify the trial courts out of which the underlying causes arise, the notices are defective. *See* TEX. R. APP. P. 25.1(d)(1). In the absence of information identifying the trial courts, this court is unable to determine whether the trial courts are within the thirty-two counties encompassed in this court's jurisdiction.

In addition, the notices of appeal state that the orders being appealed were signed on July 28, 2014, July 28, 2014, and February 25, 2009, respectively. A notice of appeal must be filed within thirty days after an order is signed. *See* TEX. R. APP. P. 26.1. Although this deadline can be extended for a party who did not receive notice of the order, a motion requesting additional time must be filed no later than 90 days after the order is signed. *See* TEX. R. CIV. P. 4.5(b). Appellant's notices of appeal were filed more than ninety days after the date appellant states the orders were signed; therefore, it does not appear that this court has jurisdiction to consider this appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997)

It is therefore ORDERED that appellant show cause in writing no later than two weeks from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.



Keith E. Hottle
Clerk of Court